**Motion Granted and Order filed January 27, 2021**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-20-00854-CV

———————————

## THOMAS RHONE, INDIVIDUALLY AND D/B/A RHONE INVESTMENTS, Appellant

## V.

## THE CITY OF TEXAS CITY, TEXAS, Appellee

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 20CV1621**

---

## ORDER

This is an accelerated appeal from an order granting a temporary injunction. We have been notified that the trial court signed an amended temporary injunction order on January 5, 2021.

On January 26, 2021, appellee filed an emergency motion for enforcement of the amended temporary injunction order. *See* Tex. R. App. P. 29.4. The motion states appellant has not complied with the amended order's requirement that he vacate all

inhabitants of the property at issue in this lawsuit by January 25, 2021.

Rule 29.4 provides that, while an appeal from an interlocutory order is pending, only the appellate court may enforce the order. *Id.* However, the rule also permits an appellate court to refer enforcement proceedings to the trial court. *See id.* Appellee asks this court to enforce the amended order or refer the enforcement of the amended order to the trial court. *See id.* We grant the request to refer the enforcement to the trial court.

Accordingly, we order the Judge of the 405th District Court, Galveston County, to hold a hearing immediately concerning appellee's motion to enforce the trial court's January 5, 2021 amended temporary injunction order. **The trial court shall hear evidence and grant appropriate relief.** The trial court shall see that a record of the hearing is made and direct the court reporter to file a transcript of the hearing in this court. The trial court shall order the trial court clerk to file a supplemental clerk's record containing the trial court's order on appellee's motion in this court. The hearing transcript and supplemental clerk's record shall be filed with the clerk of this court on or before **February 26, 2021**.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.